AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| PHARMERICA DRUG SYSTEM, LLC et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:18-CV-193-GNS |
| EAST BANK CENTER, LLC, et al | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    10/22/2018 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:    01/07/2019

CLERK OF COURT    VANESSA L. ARMSTRONG

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| PHARMERICA DRUG SYSTEMS, LLC <br> D/B/A PHARMERICA, <br> SUCCESSOR BY MERGER TO <br> PHARMERICA DRUG SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> EAST BANK CENTER, LLC <br> D/B/A EAST BANK CENTER <br><br> Defendant. | CASE NO. 3:18-cv-00193-GNS |

## FINAL DEFAULT JUDGMENT

This matter comes before the Court on the Motion for Default Judgment by Plaintiff, PharMerica Drug Systems, LLC d/b/a PharMerica, successor by merger to PharMerica Drug Systems, Inc. ("PharMerica"), against by Defendant East Bank Center, LLC d/b/a East Bank Center ("Defendant"), and the Court finding that Defendants have been duly and properly served with the Complaint, and that Defendant has failed to file an answer to the Complaint and is in default,

It is hereby ORDERED, ADJUDGED, and DECREED that PharMerica have judgment against Defendant for the following:

1. Damages against Defendant in the principal amount of $263,096.85;

2. Pre-judgment interest against Defendant through October 16, 2018 in the amount of $43,976.33 with *per diem* interest in the amount of $129.80 for each day thereafter until entry of judgment;

3. Damages for lost profits against Defendant in the amount of $325,948.00;

4. Post-judgment interest from the date of judgment accruing at the applicable rate;

5. Attorneys' fees in the amount of $10,149.00; and

6. Costs of this action in the amount of $495.47.

THIS IS A FINAL AND APPEALABLE JUDGMENT, THERE BEING NO JUST CAUSE OF DELAY IN ITS ENTRY.

**Greg N. Stivers, Judge**
**United States District Court**
October 22, 2018

Tendered by:

Benjamin C. Fultz
Jennifer M. Stinnett
E. Rachael Dahlman
FULTZ MADDOX DICKENS PLC
101 S. Fifth Street, Ste. 2700
Louisville, Kentucky 40202
Telephone: (502) 588-2000
Facsimile: (502) 588-2020
bfultz@fmdlegal.com
jstinnett@fmdlegal.com
rdahlman@fmdlegal.com
*Counsel for Plaintiff*